**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000646
18-JUN-2026
11:32 AM
Dkt. 34 OAWST**

NO. CAAP-25-0000646

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CERTIFIED CONSTRUCTION, Plaintiff-Appellant,
v.
ANDREW T. KAWANO AS PROCUREMENT OFFICER AND
DIRECTOR OF THE DEPARTMENT OF BUDGET AND FISCAL SERVICES,
CITY AND COUNTY OF HONOLULU, STATE OF HAWAIʻI;
JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITES 1-10,
Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-24-0001317)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and Guidry, JJ.)

Upon consideration of the May 29, 2026 "Stipulation for Dismissal of the Notice of Appeal Filed September 19, 2025 and Order" filed by Plaintiff-Appellant Certified Construction, and the record, it appears that: (1) the appeal has not yet been docketed, (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs, (3) the stipulation is dated and signed by counsel for all parties, and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, June 18, 2026.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry

Associate Judge